Deanna Kieth #1893949
T.D.C.J. ~~Hobby~~ Unit
742 FM 712
Marlin, Texas 76661

1-08-15
81,247-02
RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 13 2015

Abel Acosta, Clerk

Re: Case # ~~134 12342~~
#12432
Hood County District Court
#353th
11.07 - Denied
11/14
11.07- T.C.C.A.
- DENIED

Dear Sir;

Upon Receipt From the T.C.C.A, Denied 11.07 Writ of Habeous Corpus, I was given no Conclusion of law, only denied based on the District Court stating "Conviction is Correct." Please send me all Records, or what ever you need From me to Acquire all legal papers document by your And 353th District Court that you Reviewed.

#1

Thank you for your prompt attention to this legal matter, as I continue my legal avenues.

1-8-15
_____
DATE

Deanna L. Keith
#1893949
_____
Signature of offender
DEANNA L. KEITH

## Certificate of Service

I, DEANNA L. KEITH, do solemnly swear that this letter is true and correct, and on 1-8-15, put into Hobby Unit prison system mail to the T.C.C.A.

Deanna L. Keith
_____
Signature of offender
#1893949

# 2.